

1835 MARKET STREET, SUITE 515
PHILADELPHIA, PA 19103
(215) 569-1999    FAX (215) 569-3870

SIDNEY L. GOLD * +
WILLIAM RIESER*
JAMIE L. FORD*
BRIAN C. FARRELL*
MARGARET KING*
GIUSEPPE V. GALANTUOMO

*        ALSO ADMITTED IN NEW JERSEY
+        ALSO ADMITTED IN NEW YORK

June 4, 2024

Honorable Juan R. Sánchez
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 14613
Philadelphia, PA 19106

      **Re:**    **Elisa Bobrin v. Delaware Valley University**
              **U.S.D.C. Eastern District of Pa., Civil Action No.: 23-3741**

Dear Judge Sánchez:

      This is to advise that the above-captioned matter has settled between the parties. Therefore, a Rule 41.1(b) Order indicating that the matter has been settled can now be entered.

      Thank you for your attention herein.

                                        Respectfully,

                                        *Jamie L. Ford*
                                        JAMIE L. FORD

JLF | ars

cc:    Meredith S. Dante, Esquire (via ECF)
        Justen R. Barbierri, Esquire (via ECF)